**IT IS ORDERED as set forth below:**



**Date: August 8, 2017**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   17-59277-WLH |
| | ) | |
| DIANE LASHELL WRIGHT, | ) | CHAPTER   13 |
| *aka* DIANE LASHELL ROBINSON, | ) | |
| | ) | JUDGE WENDY L. HAGENAU |
| Debtor. | ) | |
| | ) | |
| DIANE LASHELL WRIGHT, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| CALIBER HOME LOANS, INC., | ) | |
| | ) | |
| Respondent. | ) | |

### CONSENT ORDER ON DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM OF JUNIOR LIEN HOLDER CALIBER HOME LOANS, INC.

The above matter came before the Court on August 2, 2017 upon Debtor's *Motion to Determine Secured Status of Claim of Junior Lien Holder Caliber Home Loans, Inc.* (the "Motion"). Debtor seeks a determination that the second priority lien held by Respondent on Debtor's property located at 6885 Cainwood Drive, Atlanta, Georgia, 30349, in Fulton County

(the "Property") is completely unsecured because, based upon the Property's value and the amount of the first-priority mortgage, there is no equity in the Property to which the second lien can attach. Based upon the consent of the parties, it is hereby

**ORDERED** that Debtor's Motion is granted as provided herein.

**FURTHER ORDERED** that, for purposes of the Debtor's chapter 13 case, any allowed proof of claim filed by Respondent arising out of the lien described herein shall be treated as a general non-priority unsecured claim.

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the lien of Respondent evidenced by a security deed recorded in the Superior Court of Fulton County shall be avoided without further order pursuant to 11 U.S.C. §§ 506(a), 506(d) and 1322(b)(2) provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's mortgage lien prior to entry of a discharge under 11 U.S.C. § 1328(a). In the event the Debtor's case is dismissed or converted to chapter 7, the lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. § 349(b)(1)(C) or 348(f)(1)(B) as applicable.

It is **FURTHER ORDERED** that, within sixty (60) days after the entry of this Order, Debtor's counsel may file a certified copy of this Order in the real property records of the county in which the Property is located.

It is **FURTHER ORDERED** that, within sixty (60) days of the entry of the Debtor's discharge in this Chapter 13 case, Debtor shall cause a certified copy of the order granting the discharge to be filed in the real property records of the county in which the Property is located.

### END OF ORDER ###

| Prepared by, | No opposition by, |
|---|---|
| /s/ | /s/ |
| William Thomas Hoover | Ryan Williams |
| Attorney for Debtor | GA Bar No. 940874 |
| GA Bar No. 819305 | Attorney for Nancy J. Whaley |
| Clark & Washington, LLC | Chapter 13 Trustee |
| 3300 Northeast Expressway | 303 Peachtree Center Avenue |
| Building 3 | Suite 120 |
| Atlanta, GA 30341 | Atlanta, GA 30303 |
| (404) 522-2222 | |
| (770) 220-0685 – Fax | |

Consented to by,

/s/
Abbey Ulsh Dreher
Attorney for Respondent
GA Bar No. 113608
Barrett Daffin Frappier Levine & Block, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001

## DISTRIBUTION LIST

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Nancy J. Whaley, Trustee
Suite 120, 303 Peachtree Center Ave.
Atlanta, GA 30303

Diane Lashell Wright
6885 Cainwood Dr
Atlanta, GA 30349

Caliber Home Loans, Inc
c/o Sanjiv Das, CEO
1525 S. Beltline Road
Coppell, TX 75019

Caliber Home Loans, Inc.
Reg. Agent: CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

U.S. Bank Trust, N.A.
c/o Barrett Daffin Frappier Levine &
Block, LLP
Attn: Abbey u. Dreher
4004 Belt Line Rd, Suite 100
Addison, TX 75001